REVERSE the judgment on the pleadings AND REMAND this
 matter to the district court for further proceedings consistent with this
 order.

 i c, „Ft
 Hardesty
 ,te; , J.

 J.

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of this appeal.

 Ck J.
 Cherry

 cc: Hon. Jerry A. Wiese, District Judge
 Law Offices of Michael F. Bohn, Ltd.
 Smith Larsen & Wixom
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) I 947A egi,